## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 20-CV-20214

Plaintiff:
**RENZO BARBERI**

vs.

Defendant:
**FOX AUTOMOTIVE, INC.**


OJF2020001092

For:
Ronald E. Stern
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd
Suite 503
Hallandale Beach, FL 33009

Received by OJF SERVICES, INC. on the 17th day of January, 2020 at 12:47 pm to be served on **FOX AUTOMOTIVE, INC. FOX, STEVEN AS REGISTERED AGENT, 19226 W. DIXIE HWY, N. MIAMI BEACH, FL 33180**.

I, HERBERT SCHWARTZ, do hereby affirm that on the **20th day of January, 2020** at **10:00 am**, I:

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **STEVEN FOX** as **Registered Agent** At the address of: **19226 W. DIXIE HWY, N. MIAMI BEACH, FL 33180** for **FOX AUTOMOTIVE, INC. FOX, STEVEN AS REGISTERED AGENT**, and informed said person of the contents therein, in compliance with state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**HERBERT SCHWARTZ**
CPS#738

**OJF SERVICES, INC.**
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2020001092

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g