## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 20-CV-20214

Plaintiff:
**RENZO BARBERI**

vs.

Defendant:
**FOX AUTOMOTIVE, INC.**


OJF2020001093

For:
Ronald E. Stern
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd
Suite 503
Hallandale Beach, FL 33009

Received by OJF SERVICES, INC. on the 17th day of January, 2020 at 12:47 pm to be served on **STEVEN FOX AS TRUSTEE OF THE STEVEN FOX REVOCABLE TRUST AGREEMENT, 13241 SW 28 PLACE, DAVIE, FL 33330**.

I, ANDREW KARP, do hereby affirm that on the **27th day of January, 2020** at **4:10 pm, I:**

**SUBSTITUTE - RESIDENTIAL:** served by delivering y true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **CONNIE FOX** as **WIFE/CO-RESIDENT at the address of 13241 SW 28 PLACE, DAVIE, FL 33330**, of the within named person's usual place of abode, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**ANDREW KARP**
SPS #260

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**

Our Job Serial Number: OJF-2020001093

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Renzo Barberi <br><br> *Plaintiff(s)* <br> v. <br><br> Fox Automotive, Inc., a Florida Profit Corporation and Steven Fox, as Trustee of the Steven Fox Revocable Trust Agreement <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 20-CV-20214 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Steven Fox, as Trustee of the Steven Fox Revocable Trust Agreement
> 13241 SW 28 Place
> Davie, FL 33330

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> RONALD E. STERN, ESQ.
> THE ADVOCACY LAW FIRM, P.A.
> 1250 E. HALLANDALE BEACH BLVD., SUITE 503
> HALLANDALE BEACH, FLORIDA 33009
> ATTORNEY FOR PLAINTIFF, RENZO BARBERI

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 01/17/2020

s/ DIMAS RODRIGUEZ
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court